# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2019

## NO. 03-18-00662-CV

**Lantana Ridge Property Owners Association, Inc., Appellant**

**v.**

**SJWTX, Inc. d/b/a Canyon Lake Water Service Co., Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on September 30, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.